THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS STEINBERG, MAX STEINBERG, HARRY B. RUTKINS, MICHAEL C. E. THIEDE and VINCENT A. VALENTINE, Appellants.

Argued March 16, 1938; decided April 12, 1938.

*George Z. Medalie* and *Jack Horowitz* for Louis Steinberg et al., appellants.

*Seymour Mork* and *Irving Weiss* for Harry B. Rutkins, appellant.

*Karl Propper* for Michael C. E. Thiede, appellant.

*Howard Henig* for Vincent A. Valentine, appellant.

*Samuel J. Foley, District Attorney* (*Sol. Boneparth, Herman J. Fliederblum* and *Arthur G. Carney* of counsel), for respondent.

As to each defendant: Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.